# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stahl, Norman H. | US Court of Appeals - 1st Circuit | 9/4/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

US Court of Appeals
1 Courthouse Way, Suite 8730
Boston, Massachusetts 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | Board Member | Tufts Medical Center Board of Govenors |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Shrs, 09Ashland House Associates, Bedford, NH | F | Rent | M | W | | | | | |
| 2. | A | Interest | | | | | | | |
| 3. Trust # 1 -- Common Stocks | D | Dividend | O | T | | | | | |
| 4. - Cmn Stk, Exxon Mobil | | | | | | | | | |
| 5. -Cmn Stk, Kellogg | | | | | Buy (add'l) | 01/23/12 | J | | |
| 6. | | | | | Buy (add'l) | 03/09/12 | J | | |
| 7. | | | | | Sold (part) | 04/30/12 | J | | |
| 8. | | | | | Sold (part) | 05/01/12 | J | | |
| 9. | | | | | Buy (add'l) | 09/07/12 | J | | |
| 10. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 11. - Cmn Stk, Pepsico | | | | | | | | | |
| 12. - Cmn Stk, Charles Schwab Corp. | | | | | Buy (add'l) | 01/26/12 | J | | |
| 13. | | | | | Buy (add'l) | 02/14/12 | J | | |
| 14. | | | | | Sold (part) | 03/20/12 | J | A | |
| 15. | | | | | Buy (add'l) | 05/17/12 | J | | |
| 16. | | | | | Sold (part) | 06/22/12 | J | | |
| 17. | | | | | Sold (part) | 09/07/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 09/12/12 | J | A | |
| 19. - Cmn Stk, EBAY Inc. | | | | | Sold (part) | 06/21/12 | J | A | |
| 20. - Cmn Stk, Adobe Systems | | | | | Sold (part) | 02/13/12 | J | | |
| 21. | | | | | Sold (part) | 02/14/12 | J | A | |
| 22. | | | | | Sold | 02/15/12 | J | A | |
| 23. - Cmn Stk, Google | | | | | Sold (part) | 03/23/12 | J | A | |
| 24. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 25. | | | | | Sold (part) | 09/25/12 | J | B | |
| 26. - Cmn Stk, Nestle SA | | | | | | | | | |
| 27. - Cmn Stk, Coca Cola Company | | | | | Sold (part) | 08/06/12 | J | B | |
| 28. - Cmn Stk, Diageo PLC | | | | | Sold (part) | 03/07/12 | J | A | |
| 29. | | | | | Sold (part) | 12/12/12 | J | B | |
| 30. - Cmn Stk, Hasbro Inc | | | | | Sold (part) | 01/31/12 | J | | |
| 31. | | | | | Sold (part) | 04/25/12 | J | | |
| 32. | | | | | Sold (part) | 04/26/12 | J | | |
| 33. - Cmn Stk, McDonalds Corp | | | | | Buy (add'l) | 05/14/12 | J | | |
| 34. - Cmn Stk, Scripps NTWK | | | | | Buy (add'l) | 02/16/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 05/29/12 | J | A | |
| 36. - Cmn Stk, Time Warner Inc | | | | | Buy (add'l) | 05/17/12 | J | | |
| 37. - Cmn Stk, Unilever | | | | | Sold (part) | 06/01/12 | J | | |
| 38. | | | | | Sold | 10/16/12 | J | B | |
| 39. - Cmn Stk, Anheuser-Busch InBev | | | | | Sold (part) | 02/01/12 | J | A | |
| 40. | | | | | Sold (part) | 03/08/12 | J | A | |
| 41. - Cmn Stk, Walt Disney Co | | | | | Buy (add'l) | 04/09/12 | J | | |
| 42. - Cmn Stk, Target Corporation | | | | | Buy (add'l) | 12/05/12 | J | | |
| 43. - Cmn Stk, Western Union Company | | | | | Sold (part) | 02/13/12 | J | | |
| 44. | | | | | Sold | 02/15/12 | J | | |
| 45. - Cmn Stk, 3M Company | | | | | Sold (part) | 02/17/12 | J | A | |
| 46. | | | | | Buy (add'l) | 09/25/12 | J | | |
| 47. - Cmn Stk, Intl Flavors & Frangrances | | | | | Sold (part) | 01/17/12 | J | | |
| 48. | | | | | Sold | 01/20/12 | J | A | |
| 49. - Cmn Stk, Microsoft Corp | | | | | Sold (part) | 01/12/12 | J | A | |
| 50. | | | | | Buy (add'l) | 08/02/12 | J | | |
| 51. | | | | | Buy (add'l) | 10/16/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/05/12 | J | | |
| 53.   - Cmn Stk, Danone Spon | | | | | Buy (add'l) | 07/25/12 | J | | |
| 54. | | | | | Buy (add'l) | 9/24/12 | J | | |
| 55. | | | | | Sold (part) | 10/22/12 | J | | |
| 56. | | | | | Sold (part) | 10/24/12 | J | | |
| 57. | | | | | Sold (part) | 10/26/12 | J | | |
| 58. | | | | | Sold (part) | 10/31/12 | J | | |
| 59. | | | | | Sold | 11/01/12 | J | A | |
| 60.   - Cmn Stk, Discovery Commu Ser | | | | | Sold | 09/13/12 | J | A | |
| 61.   - Cmn Stk, Staples Inc. | | | | | Buy (add'l) | 02/14/12 | J | | |
| 62. | | | | | Buy (add'l) | 03/01/12 | J | | |
| 63. | | | | | Sold (part) | 05/14/12 | J | | |
| 64. | | | | | Sold | 05/22/12 | J | | |
| 65.   - Cmn Stk, William Sonoma | | | | | Buy (add'l) | 01/17/12 | J | | |
| 66. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 67.   --Cmn Stk, Cheesecake Factory | | | | | Buy (add'l) | 03/29/12 | J | | |
| 68. | | | | | Sold (part) | 05/23/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Cmn Stk, Blackrock Inc. | | | | | Buy | 04/26/12 | J | | |
| 70. | | | | | Buy (add'l) | 04/27/12 | J | | |
| 71. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 72. | | | | | Buy (add'l) | 05/11/12 | J | | |
| 73. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 74. | | | | | Buy (add'l) | 05/22/12 | J | | |
| 75. | | | | | Buy (add'l) | 09/19/12 | J | | |
| 76. | | | | | Sold (part) | 10/25/12 | J | | |
| 77.  - Cmn Stk, Coach Inc. | | | | | Buy | 10/19/12 | J | | |
| 78. | | | | | Buy (add'l) | 10/25/12 | J | | |
| 79.  - Cmn Stk, Dunkin Brands Group Inc. | | | | | Buy | 10/03/12 | J | | |
| 80.  - Cmn Stk, Dr. Pepper Snapple Group | | | | | Buy | 02/17/12 | J | | |
| 81. | | | | | Buy (add'l) | 02/28/12 | J | | |
| 82.  - Cnn Stk, Dominos Pizza Inc. | | | | | Buy | 02/22/12 | J | | |
| 83. | | | | | Buy (add'l) | 05/01/12 | J | | |
| 84. | | | | | Buy (add'l) | 06/08/12 | J | | |
| 85.  - Cmn Stk, Kohls Corp | | | | | Buy | 01/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 02/27/12 | J | | |
| 87. | | | | | Buy (add'l) | 04/09/12 | J | | |
| 88. | | | | | Sold (part) | 05/11/12 | J | | |
| 89. | | | | | Sold (part) | 05/21/12 | J | | |
| 90. | | | | | Sold | 05/22/12 | J | A | |
| 91. - Cmn Stk, Lowes Companies Inc. | | | | | Buy | 08/13/12 | J | | |
| 92. - Cmn Stk, Macys Inc. | | | | | Buy | 05/11/12 | J | | |
| 93. | | | | | Buy (add'l) | 05/17/12 | J | | |
| 94. | | | | | Buy (add'l) | 07/12/12 | J | | |
| 95. - Cmn Stk, McGraw-Hill Cos | | | | | Buy | 06/26/12 | J | | |
| 96. - Cmn Stk, Nike Inc. Class B | | | | | Buy | 10/31/12 | J | | |
| 97. - Cmn Stk, Nielsen Holdings BVF | | | | | Buy | 05/30/12 | J | | |
| 98. | | | | | Buy (add'l) | 06/01/12 | J | | |
| 99. | | | | | Buy (add'l) | 08/7/12 | J | | |
| 100. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 101. - Cmn Stk, Open Table, Inc. | | | | | Buy | 02/13/12 | J | | |
| 102. | | | | | Buy (add'l) | 03/09/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 09/07/12 | J | A | |
| 104. Trust # 1 -Money Market Accounts | A | Dividend | K | T | | | | | |
| 105. - MM Acct, Schwab Govt Money Fund | | | | | Open | 01/01/12 | K | | |
| 106. - MM Acct, HS Mgmt Partners, EB Temp Inv. 12/31/49 | | | | | Closed | | | | |
| 107. Trust # 1 -- Treasury Bonds/Bills | D | Interest | O | T | | | | | |
| 108. - Bond, US Treas Bill 4.5%, 4/26/12 | | | | | Redeemed | 04/26/12 | O | | |
| 109. - Bond US Treas Bill 1.375%, 11/15/12 | | | | | Buy | 04/26/12 | O | | |
| 110. | | | | | Redeemed | 11/15/12 | O | | |
| 111. - Bond, US Treas Note 0%, 5/23/13 | | | | | Buy | 11/21/12 | O | | |
| 112. Trust # 2 -- Common Stock (IRA) | E | Dividend | P1 | T | | | | | |
| 113. - Cmn Stk, Adobe Systems | | | | | Sold (part) | 01/24/12 | J | A | |
| 114. | | | | | Sold (part) | 01/30/12 | J | A | |
| 115. | | | | | Sold (part) | 02/09/12 | J | A | |
| 116. | | | | | Sold (part) | 02/13/12 | K | B | |
| 117. | | | | | Sold (part) | 02/14/12 | K | C | |
| 118. | | | | | Sold | 02/15/12 | K | C | |
| 119. -Cmn Stk, Google | | | | | Buy (add'l) | 01/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 03/23/12 | J | A | |
| 121. | | | | | Sold (part) | 03/28/12 | J | A | |
| 122. | | | | | Buy (add'l) | 04/19/12 | J | | |
| 123. | | | | | Buy (add'l) | 04/27/12 | J | | |
| 124. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 125. | | | | | Buy (add'l) | 05/11/12 | J | | |
| 126. | | | | | Buy (add'l) | 06/01/12 | J | | |
| 127. | | | | | Buy (add'l) | 06/12/12 | J | | |
| 128. | | | | | Buy (add'l) | 06/14/12 | J | | |
| 129. | | | | | Sold (part) | 08/10/12 | J | B | |
| 130. | | | | | Sold (part) | 08/22/12 | J | B | |
| 131. | | | | | Sold (part) | 09/06/12 | J | B | |
| 132. | | | | | Sold (part) | 09/19/12 | J | C | |
| 133. | | | | | Sold (part) | 09/21/12 | J | B | |
| 134. | | | | | Sold (part) | 09/24/12 | K | D | |
| 135. | | | | | Sold (part) | 09/25/12 | J | B | |
| 136. | | | | | Buy (add'l) | 10/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 138. | | | | | Sold (part) | 12/05/12 | J | A | |
| 139. | | | | | Sold (part) | 12/28/12 | J | B | |
| 140. - Cmn Stk, Coca-Cola Co | | | | | Buy (add'l) | 01/13/12 | J | | |
| 141. | | | | | Buy (add'l) | 01/17/12 | J | | |
| 142. | | | | | Buy (add'l) | 02/09/12 | J | | |
| 143. | | | | | Buy (add'l) | 02/10/12 | J | | |
| 144. | | | | | Sold (part) | 04/05/12 | J | B | |
| 145. | | | | | Sold (part) | 06/01/12 | J | B | |
| 146. | | | | | Sold (part) | 07/12/12 | J | A | |
| 147. | | | | | Sold (part) | 07/30/12 | J | A | |
| 148. | | | | | Sold | 08/06/12 | K | D | |
| 149. - Cmn Stk, Kellogg Co | | | | | Buy (add'l) | 01/26/12 | J | | |
| 150. | | | | | Buy (add'l) | 02/09/12 | J | | |
| 151. | | | | | Buy (add'l) | 02/16/12 | J | | |
| 152. | | | | | Buy (add'l) | 02/17/12 | J | | |
| 153. | | | | | Buy (add'l) | 02/22/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 03/13/12 | J | | |
| 155. | | | | | Sold (part) | 04/24/12 | J | | |
| 156. | | | | | Sold (part) | 04/27/12 | K | | |
| 157. | | | | | Sold (part) | 04/30/12 | K | A | |
| 158. | | | | | Sold (part) | 05/01/12 | K | A | |
| 159. | | | | | Buy (add'l) | 09/07/12 | K | | |
| 160. | | | | | Buy (add'l) | 09/10/12 | K | | |
| 161. | | | | | Buy (add'l) | 09/12/12 | J | | |
| 162. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 163. | | | | | Buy (add'l) | 10/16/12 | J | | |
| 164. | | | | | Sold (part) | 11/08/12 | J | A | |
| 165. | | | | | Sold (part) | 11/09/12 | J | A | |
| 166. -Cmn Stk, McDonalds | | | | | Buy (add'l) | 02/15/12 | K | | |
| 167. | | | | | Buy (add'l) | 03/09/12 | J | | |
| 168. | | | | | Buy (add'l) | 03/22/12 | J | | |
| 169. | | | | | Buy (add'l) | 04/26/12 | J | | |
| 170. | | | | | Buy (add'l) | 05/14/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 05/30/12 | J | | |
| 172. | | | | | Sold (part) | 08/08/12 | J | | |
| 173. | | | | | Sold (part) | 08/10/12 | J | | |
| 174. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 175. | | | | | Buy (add'l) | 11/01/12 | J | | |
| 176. -Cmn Stk, Diageo PLC | | | | | Buy (add'l) | 02/02/12 | J | | |
| 177. | | | | | Sold (part) | 03/07/12 | J | B | |
| 178. | | | | | Sold (part) | 03/08/12 | J | B | |
| 179. | | | | | Sold (part) | 03/12/12 | J | B | |
| 180. | | | | | Sold (part) | 03/14/12 | J | B | |
| 181. | | | | | Sold (part) | 10/04/12 | J | B | |
| 182. | | | | | Sold (part) | 12/05/12 | J | B | |
| 183. | | | | | Sold (part) | 12/07/12 | J | B | |
| 184. | | | | | Sold (part) | 12/28/12 | J | C | |
| 185. - Cmn Stk, Nestle SA | | | | | Buy (add'l) | 02/02/12 | J | | |
| 186. | | | | | Sold (part) | 06/19/12 | J | A | |
| 187. | | | | | Sold (part) | 08/03/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 12/28/12 | J | A | |
| 189. - Cmn Stk, Scripps Networks Interactive | | | | | Buy (add'l) | 02/02/12 | J | | |
| 190. | | | | | Buy (add'l) | 02/16/12 | J | | |
| 191. | | | | | Sold (part) | 03/13/12 | J | A | |
| 192. | | | | | Sold (part) | 03/22/12 | J | A | |
| 193. | | | | | Sold (part) | 03/26/12 | J | A | |
| 194. | | | | | Sold (part) | 05/03/12 | J | A | |
| 195. | | | | | Sold (part) | 05/04/12 | J | B | |
| 196. | | | | | Sold (part) | 05/08/12 | J | B | |
| 197. | | | | | Sold (part) | 06/12/12 | J | B | |
| 198. | | | | | Sold (part) | 06/14/12 | J | B | |
| 199. | | | | | Sold (part) | 07/13/12 | J | A | |
| 200. | | | | | Sold (part) | 08/13/12 | J | B | |
| 201. | | | | | Sold (part) | 10/19/12 | J | B | |
| 202. | | | | | Sold (part) | 10/22/12 | J | B | |
| 203. | | | | | Buy (add'l) | 12/03/12 | J | | |
| 204. | | | | | Buy (add'l) | 12/05/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 57

Name of Person Reporting

Stahl, Norman H.

Date of Report

9/4/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 12/06/12 | J | | |
| 206.  -Cmm Stk, Time Warner | | | | | Sold (part) | 01/12/12 | J | B | |
| 207. | | | | | Sold (part) | 01/17/12 | J | B | |
| 208. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 209. | | | | | Buy (add'l) | 02/21/12 | J | | |
| 210. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 211. | | | | | Buy (add'l) | 03/12/12 | J | | |
| 212. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 213. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 214. | | | | | Buy (add'l) | 05/04/12 | J | | |
| 215. | | | | | Buy (add'l) | 05/07/12 | J | | |
| 216. | | | | | Buy (add'l) | 05/17/12 | J | | |
| 217. | | | | | Buy (add'l) | 05/18/12 | J | | |
| 218. | | | | | Sold (part) | 06/25/12 | J | | |
| 219. | | | | | Sold (part) | 06/26/12 | J | | |
| 220. | | | | | Sold (part) | 06/27/12 | J | A | |
| 221. | | | | | Sold (part) | 08/08/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 11/02/12 | J | | |
| 223. | | | | | Buy (add'l) | 11/05/12 | J | | |
| 224. | | | | | Sold (part) | 12/03/12 | J | C | |
| 225. | | | | | Sold (part) | 12/05/12 | J | B | |
| 226. | | | | | Sold (part) | 12/28/12 | J | B | |
| 227. -Cmn Stk, 3M Co | | | | | Sold (part) | 01/26/12 | J | A | |
| 228. | | | | | Sold (part) | 02/17/12 | L | B | |
| 229. | | | | | Buy (add'l) | 09/13/12 | J | | |
| 230. | | | | | Buy (add'l) | 09/25/12 | J | | |
| 231. | | | | | Buy (add'l) | 09/26/12 | J | | |
| 232. | | | | | Buy (add'l) | 09/27/12 | J | | |
| 233. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 234. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 235. | | | | | Buy (add'l) | 10/25/12 | J | | |
| 236. -Cmn Stk, Hasbro Inc | | | | | Sold (part) | 01/04/12 | J | A | |
| 237. | | | | | Sold (part) | 01/05/12 | J | | |
| 238. | | | | | Sold (part) | 02/09/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 02/10/12 | J | | |
| 240. | | | | | Sold (part) | 03/29/12 | J | | |
| 241. | | | | | Sold (part) | 04/4/12 | J | | |
| 242. | | | | | Sold (part) | 04/25/12 | J | | |
| 243. | | | | | Sold | 04/26/12 | K | | |
| 244. -Cmn Stk, EBAY Inc | | | | | Buy (add'l) | 01/06/12 | J | | |
| 245. | | | | | Sold (part) | 02/24/12 | J | B | |
| 246. | | | | | Sold (part) | 02/27/12 | J | B | |
| 247. | | | | | Sold (part) | 03/26/12 | J | A | |
| 248. | | | | | Sold (part) | 04/19/12 | J | B | |
| 249. | | | | | Sold (part) | 06/21/12 | J | B | |
| 250. | | | | | Sold (part) | 06/22/12 | J | B | |
| 251. | | | | | Sold (part) | 06/26/12 | J | B | |
| 252. | | | | | Sold (part) | 07/20/12 | J | C | |
| 253. | | | | | Sold (part) | 07/27/12 | J | B | |
| 254. | | | | | Sold (part) | 08/22/12 | J | C | |
| 255. | | | | | Sold (part) | 09/06/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 09/14/12 | J | B | |
| 257.  -Cmn Stk, Unilever | | | | | Buy (add'l) | 01/12/12 | J | | |
| 258. | | | | | Buy (add'l) | 01/13/12 | J | | |
| 259. | | | | | Buy (add'l) | 01/19/12 | J | | |
| 260. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 261. | | | | | Sold (part) | 05/31/12 | J | | |
| 262. | | | | | Sold (part) | 06/01/12 | K | | |
| 263. | | | | | Sold (part) | 10/12/12 | J | B | |
| 264. | | | | | Sold | 10/16/12 | L | D | |
| 265.  -Cmn Stk, Anheuser-Busch InBev | | | | | Buy (add'l) | 02/02/12 | J | | |
| 266. | | | | | Sold (part) | 02/28/12 | J | B | |
| 267. | | | | | Sold (part) | 02/28/12 | J | A | |
| 268. | | | | | Sold (part) | 02/29/12 | J | B | |
| 269. | | | | | Sold (part) | 03/01/12 | J | B | |
| 270. | | | | | Sold (part) | 03/08/12 | J | B | |
| 271. | | | | | Sold (part) | 08/10/12 | J | B | |
| 272. | | | | | Sold (part) | 10/02/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 10/05/12 | J | B | |
| 274.  -Cmm Stk, Target Corp | | | | | Buy (add'l) | 01/06/12 | J | | |
| 275. | | | | | Sold (part) | 03/06/12 | J | A | |
| 276. | | | | | Buy (add'l) | 05/08/12 | J | | |
| 277. | | | | | Buy (add'l) | 05/17/12 | J | | |
| 278. | | | | | Sold (part) | 05/31/12 | J | A | |
| 279. | | | | | Sold (part) | 07/13/12 | J | A | |
| 280. | | | | | Buy (add'l) | 10/18/12 | K | | |
| 281. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 282.  -Cmm Stk, Walt Disney Co | | | | | Buy (add'l) | 02/02/12 | J | | |
| 283. | | | | | Sold (part) | 03/13/12 | J | B | |
| 284. | | | | | Sold (part) | 06/26/12 | J | B | |
| 285. | | | | | Sold (part) | 07/09/12 | J | B | |
| 286. | | | | | Sold (part) | 07/12/12 | J | A | |
| 287. | | | | | Sold (part) | 07/17/12 | J | B | |
| 288. | | | | | Sold (part) | 07/26/12 | J | B | |
| 289. | | | | | Sold (part) | 08/08/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 291. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 292. -Cmn Stk, Western Union Co | | | | | Sold (part) | 01/13/12 | J | A | |
| 293. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 294. | | | | | Sold (part) | 02/13/12 | K | | |
| 295. | | | | | Sold (part) | 02/14/12 | J | | |
| 296. | | | | | Sold | 02/15/12 | K | | |
| 297. -Cmn Stk, Intl Flavors & Fragrances | | | | | Sold (part) | 01/17/12 | J | | |
| 298. | | | | | Sold (part) | 01/18/12 | J | | |
| 299. | | | | | Sold (part) | 01/19/12 | J | A | |
| 300. | | | | | Sold | 01/23/12 | J | A | |
| 301. -Cmn Stk, Microsoft Corp. | | | | | Sold (part) | 01/10/12 | J | A | |
| 302. | | | | | Sold (part) | 01/12/12 | J | A | |
| 303. | | | | | Sold (part) | 01/13/12 | J | A | |
| 304. | | | | | Sold (part) | 01/17/12 | J | A | |
| 305. | | | | | Sold (part) | 01/30/12 | J | A | |
| 306. | | | | | Buy (add'l) | 04/05/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 04/26/12 | J | | |
| 308. | | | | | Buy (add'l) | 05/04/12 | J | | |
| 309. | | | | | Buy (add'l) | 05/07/12 | J | | |
| 310. | | | | | Buy (add'l) | 05/08/12 | J | | |
| 311. | | | | | Buy (add'l) | 05/17/12 | J | | |
| 312. | | | | | Buy (add'l) | 05/18/12 | J | | |
| 313. | | | | | Sold (part) | 07/13/12 | J | | |
| 314. | | | | | Buy (add'l) | 08/02/12 | J | | |
| 315. | | | | | Buy (add'l) | 08/14/12 | J | | |
| 316. | | | | | Buy (add'l) | 08/30/12 | J | | |
| 317. | | | | | Buy (add'l) | 09/05/12 | J | | |
| 318. | | | | | Buy (add'l) | 10/01/12 | J | | |
| 319. | | | | | Buy (add'l) | 10/16/12 | J | | |
| 320. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 321. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 322. | | | | | Sold (part) | 12/04/12 | J | | |
| 323. | | | | | Sold (part) | 12/05/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 12/26/12 | K | | |
| 325. -Cmn Stk, Discovery Communications Inc. | | | | | Buy (add'l) | 01/05/12 | J | | |
| 326. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 327. | | | | | Buy (add'l) | 02/16/12 | J | | |
| 328. | | | | | Sold (part) | 03/28/12 | J | A | |
| 329. | | | | | Sold (part) | 03/30/12 | J | B | |
| 330. | | | | | Sold (part) | 04/05/12 | J | B | |
| 331. | | | | | Sold (part) | 04/11/12 | J | A | |
| 332. | | | | | Sold (part) | 05/07/12 | J | B | |
| 333. | | | | | Sold | 09/13/12 | K | D | |
| 334. -Cmn Stk, Staples, Inc. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 335. | | | | | Buy (add'l) | 02/14/12 | J | | |
| 336. | | | | | Buy (add'l) | 02/29/12 | K | | |
| 337. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 338. | | | | | Sold (part) | 05/14/12 | L | B | |
| 339. | | | | | Sold | 05/22/12 | K | | |
| 340. -Cmn Stk, Williams Sonoma | | | | | Buy (add'l) | 01/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 01/13/12 | J | | |
| 342. | | | | | Buy (add'l) | 01/17/12 | J | | |
| 343. | | | | | Buy (add'l) | 01/26/12 | J | | |
| 344. | | | | | Sold (part) | 02/27/12 | J | A | |
| 345. | | | | | Buy (add'l) | 03/08/12 | J | | |
| 346. | | | | | Buy (add'l) | 03/29/12 | J | | |
| 347. | | | | | Buy (add'l) | 06/21/12 | J | | |
| 348. | | | | | Buy (add'l) | 06/22/12 | J | | |
| 349. | | | | | Buy (add'l) | 06/26/12 | J | | |
| 350. | | | | | Buy (add'l) | 08/15/12 | J | | |
| 351. | | | | | Sold (part) | 10/8/12 | J | C | |
| 352. | | | | | Sold (part) | 10/10/12 | J | B | |
| 353. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 354. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 355. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 356. -Cmn Stk, Danone Spon | | | | | Buy (add'l) | 01/18/12 | J | | |
| 357. | | | | | Buy (add'l) | 02/02/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 04/18/12 | J | A | |
| 359. | | | | | Sold (part) | 04/19/12 | J | | |
| 360. | | | | | Buy (add'l) | 07/15/12 | J | | |
| 361. | | | | | Sold (part) | 08/10/12 | J | | |
| 362. | | | | | Buy (add'l) | 08/29/12 | J | | |
| 363. | | | | | Buy (add'l) | 09/24/12 | J | | |
| 364. | | | | | Buy (add'l) | 10/02/12 | J | | |
| 365. | | | | | Sold (part) | 10/22/12 | J | | |
| 366. | | | | | Sold (part) | 10/24/12 | J | | |
| 367. | | | | | Sold (part) | 10/26/12 | K | | |
| 368. | | | | | Sold (part) | 10/31/12 | K | A | |
| 369. | | | | | Sold | 11/01/12 | K | A | |
| 370. -Cmn Stk, Cheesecake Factory Inc. | | | | | Buy (add'l) | 01/10/12 | J | | |
| 371. | | | | | Sold (part) | 02/01/12 | J | A | |
| 372. | | | | | Buy (add'l) | 02/22/12 | J | | |
| 373. | | | | | Buy (add'l) | 02/24/12 | J | | |
| 374. | | | | | Buy (add'l) | 03/23/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 03/28/12 | J | | |
| 376. | | | | | Buy (add'l) | 03/29/12 | J | | |
| 377. | | | | | Sold (part) | 05/16/12 | J | A | |
| 378. | | | | | Sold (part) | 05/23/12 | J | A | |
| 379. | | | | | Sold (part) | 07/16/12 | J | A | |
| 380. | | | | | Sold (part) | 07/17/12 | J | A | |
| 381. | | | | | Sold (part) | 10/02/12 | J | A | |
| 382. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 383. | | | | | Buy (add'l) | 10/24/12 | J | | |
| 384. | | | | | Buy (add'l) | 12/04/12 | J | | |
| 385. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 386. --Cmn Stk, Charles Schwab Corp. | | | | | Buy (add'l) | 02/14/12 | J | | |
| 387. | | | | | Buy (add'l) | 02/15/12 | J | | |
| 388. | | | | | Sold (part) | 03/19/12 | J | B | |
| 389. | | | | | Sold (part) | 03/20/12 | J | B | |
| 390. | | | | | Buy (add'l) | 05/01/12 | J | | |
| 391. | | | | | Buy (add'l) | 05/04/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 05/16/12 | J | | |
| 393. | | | | | Sold (part) | 06/22/12 | J | | |
| 394. | | | | | Sold (part) | 07/17/12 | J | A | |
| 395. | | | | | Sold (part) | 08/21/12 | J | A | |
| 396. | | | | | Sold (part) | 09/07/12 | J | B | |
| 397. | | | | | Sold (part) | 09/10/12 | J | A | |
| 398. | | | | | Sold | 09/12/12 | K | D | |
| 399. --Cmn Stk, Blackrock Inc. | | | | | Buy | 04/26/12 | J | | |
| 400. | | | | | Buy (add'l) | 04/27/12 | K | | |
| 401. | | | | | Buy (add'l) | 04/30/12 | K | | |
| 402. | | | | | Buy (add'l) | 05/01/12 | J | | |
| 403. | | | | | Buy (add'l) | 05/11/12 | J | | |
| 404. | | | | | Buy (add'l) | 05/18/12 | J | | |
| 405. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 406. | | | | | Buy (add'l) | 05/22/12 | K | | |
| 407. | | | | | Buy (add'l) | 06/12/12 | J | | |
| 408. | | | | | Buy (add'l) | 08/14/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 410. | | | | | Buy (add'l) | 09/19/12 | J | | |
| 411. | | | | | Buy (add'l) | 09/20/12 | J | | |
| 412. | | | | | Buy (add'l) | 09/24/12 | J | | |
| 413. | | | | | Sold (part) | 10/24/12 | J | | |
| 414. | | | | | Sold (part) | 10/25/12 | K | | |
| 415. | | | | | Sold (part) | 12/05/12 | J | | |
| 416. | | | | | Sold (part) | 12/14/12 | J | A | |
| 417. | | | | | Sold (part) | 12/20/12 | K | B | |
| 418. --Cmn Stk, Coach Inc. | | | | | Buy | 10/19/12 | K | | |
| 419. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 420. | | | | | Buy (add'l) | 10/24/12 | K | | |
| 421. | | | | | Buy (add'l) | 10/25/12 | J | | |
| 422. | | | | | Buy (add'l) | 10/26/12 | J | | |
| 423. | | | | | Buy (add'l) | 11/08/12 | J | | |
| 424. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 425. --Cmn Stk, Dunkin Brands Group Inc. | | | | | Buy | 10/02/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 427. | | | | | Buy (add'l) | 10/24/12 | J | | |
| 428. | | | | | Buy (add'l) | 10/26/12 | J | | |
| 429. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 430. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 431. --Cmn Stk, Dr. Pepper Snapple Group | | | | | Buy | 02/17/12 | K | | |
| 432. | | | | | Buy (add'l) | 02/21/12 | J | | |
| 433. | | | | | Buy (add'l) | 02/22/12 | J | | |
| 434. | | | | | Buy (add'l) | 02/23/12 | J | | |
| 435. | | | | | Buy (add'l) | 02/24/12 | J | | |
| 436. | | | | | Buy (add'l) | 02/28/12 | K | | |
| 437. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 438. | | | | | Buy (add'l) | 03/23/12 | J | | |
| 439. | | | | | Buy (add'l) | 03/26/12 | J | | |
| 440. | | | | | Sold (part) | 05/17/12 | J | A | |
| 441. | | | | | Sold (part) | 05/31/12 | J | A | |
| 442. | | | | | Sold (part) | 06/12/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 06/25/12 | J | A | |
| 444. | | | | | Sold (part) | 08/10/12 | J | A | |
| 445. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 446. | | | | | Buy (add'l) | 09/17/12 | J | | |
| 447. | | | | | Buy (add'l) | 09/21/12 | J | | |
| 448. | | | | | Sold (part) | 12/28/12 | J | | |
| 449. --Cmn Stk, Dominos Pizza Inc | | | | | Buy | 02/15/12 | J | | |
| 450. | | | | | Buy (add'l) | 02/22/12 | J | | |
| 451. | | | | | Buy (add'l) | 04/04/12 | J | | |
| 452. | | | | | Buy (add'l) | 04/05/12 | J | | |
| 453. | | | | | Buy (add'l) | 04/20/12 | J | | |
| 454. | | | | | Buy (add'l) | 05/01/12 | K | | |
| 455. | | | | | Buy (add'l) | 05/04/12 | J | | |
| 456. | | | | | Buy (add'l) | 05/14/12 | J | | |
| 457. | | | | | Buy (add'l) | 05/16/12 | J | | |
| 458. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 459. | | | | | Buy (add'l) | 06/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 06/12/12 | J | | |
| 461. | | | | | Buy (add'l) | 08/02/12 | J | | |
| 462. | | | | | Buy (add'l) | 08/14/12 | J | | |
| 463. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 464. | | | | | Sold (part) | 10/01/12 | J | A | |
| 465. | | | | | Sold (part) | 10/16/12 | J | A | |
| 466. | | | | | Sold (part) | 10/22/12 | J | A | |
| 467. | | | | | Sold (part) | 11/15/12 | J | A | |
| 468. | | | | | Sold (part) | 11/16/12 | J | A | |
| 469. --Cmn Stk, Kohls Corp | | | | | Buy | 01/30/12 | K | | |
| 470. | | | | | Buy (add'l) | 01/31/12 | J | | |
| 471. | | | | | Buy (add'l) | 02/01/12 | J | | |
| 472. | | | | | Buy (add'l) | 02/10/12 | J | | |
| 473. | | | | | Buy (add'l) | 02/15/12 | J | | |
| 474. | | | | | Buy (add'l) | 02/23/12 | J | | |
| 475. | | | | | Buy (add'l) | 02/27/12 | J | | |
| 476. | | | | | Buy (add'l) | 02/28/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 57

Name of Person Reporting

Stahl, Norman H.

Date of Report

9/4/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 03/19/12 | J | | |
| 478. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 479. | | | | | Buy (add'l) | 03/22/12 | J | | |
| 480. | | | | | Sold (part) | 05/11/12 | K | | |
| 481. | | | | | Sold (part) | 05/18/12 | K | A | |
| 482. | | | | | Sold (part) | 05/21/12 | J | A | |
| 483. | | | | | Sold | 05/22/12 | J | A | |
| 484. --Cmn Stk, Lowes Companies | | | | | Buy | 08/06/12 | K | | |
| 485. | | | | | Buy (add'l) | 08/13/12 | J | | |
| 486. | | | | | Buy (add'l) | 08/14/12 | J | | |
| 487. | | | | | Buy (add'l) | 08/20/12 | J | | |
| 488. | | | | | Buy (add'l) | 09/05/12 | J | | |
| 489. | | | | | Buy (add'l) | 09/12/12 | J | | |
| 490. | | | | | Sold (part) | 10/05/12 | J | A | |
| 491. | | | | | Sold (part) | 11/26/12 | J | A | |
| 492. | | | | | Sold (part) | 11/30/12 | J | A | |
| 493. --Cmn Stk, Macy's Inc. | | | | | Buy | 05/11/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 9/4/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 05/14/12 | K | | |
| 495. | | | | | Buy (add'l) | 05/17/12 | J | | |
| 496. | | | | | Buy (add'l) | 06/21/12 | J | | |
| 497. | | | | | Buy (add'l) | 06/22/12 | J | | |
| 498. | | | | | Buy (add'l) | 06/27/12 | J | | |
| 499. | | | | | Buy (add'l) | 07/12/12 | J | | |
| 500. | | | | | Sold (part) | 08/10/12 | J | | |
| 501. | | | | | Sold (part) | 08/21/12 | J | A | |
| 502. | | | | | Sold (part) | 08/24/12 | J | A | |
| 503. | | | | | Sold (part) | 08/28/12 | J | A | |
| 504. | | | | | Buy (add'l) | 09/24/12 | J | | |
| 505. | | | | | Buy (add'l) | 12/03/12 | J | | |
| 506. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 507. --Cmn Stk, McGraw-Hill Cos | | | | | Buy | 06/22/12 | J | | |
| 508. | | | | | Buy (add'l) | 06/25/12 | J | | |
| 509. | | | | | Buy (add'l) | 06/26/12 | J | | |
| 510. | | | | | Buy (add'l) | 07/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 08/02/12 | J | | |
| 512. | | | | | Buy (add'l) | 08/21/12 | J | | |
| 513. | | | | | Sold (part) | 10/02/12 | J | A | |
| 514. | | | | | Sold (part) | 10/10/12 | J | A | |
| 515. | | | | | Buy (add'l) | 11/28/12 | J | | |
| 516. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 517. --Cmn Stk, Nike Inc. | | | | | Buy | 10/26/12 | K | | |
| 518. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 519. | | | | | Buy (add'l) | 11/08/12 | J | | |
| 520. --Cmn Stk, Nielsen Holdings | | | | | Buy | 05/30/12 | J | | |
| 521. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 522. | | | | | Buy (add'l) | 06/01/12 | J | | |
| 523. | | | | | Buy (add'l) | 06/13/12 | J | | |
| 524. | | | | | Buy (add'l) | 06/26/12 | J | | |
| 525. | | | | | Buy (add'l) | 07/17/12 | J | | |
| 526. | | | | | Buy (add'l) | 07/18/12 | J | | |
| 527. | | | | | Buy (add'l) | 07/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Stahl, Norman H.

Date of Report

9/4/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Buy (add'l) | 08/07/12 | J | | |
| 529. | | | | | Buy (add'l) | 08/14/12 | J | | |
| 530. | | | | | Buy (add'l) | 08/20/12 | J | | |
| 531. | | | | | Buy (add'l) | 08/21/12 | J | | |
| 532. | | | | | Buy (add'l) | 08/23/12 | J | | |
| 533. | | | | | Buy (add'l) | 08/29/12 | J | | |
| 534. | | | | | Buy (add'l) | 09/07/12 | J | | |
| 535. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 536. | | | | | Sold (part) | 12/06/12 | J | A | |
| 537. --Cmn Stk, Open Table Inc. | | | | | Buy | 02/13/12 | J | | |
| 538. | | | | | Buy (add'l) | 02/14/12 | J | | |
| 539. | | | | | Buy (add'l) | 02/21/12 | J | | |
| 540. | | | | | Buy (add'l) | 03/01/12 | J | | |
| 541. | | | | | Buy (add'l) | 03/06/12 | J | | |
| 542. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 543. | | | | | Buy (add'l) | 03/12/12 | J | | |
| 544. | | | | | Buy (add'l) | 03/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 57

Name of Person Reporting

Stahl, Norman H.

Date of Report

9/4/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold (part) | 06/12/12 | J | | |
| 546. | | | | | Buy (add'l) | 07/17/12 | J | | |
| 547. | | | | | Buy (add'l) | 07/26/12 | J | | |
| 548. | | | | | Sold (part) | 08/10/12 | J | | |
| 549. | | | | | Sold (part) | 09/06/12 | J | A | |
| 550. | | | | | Sold | 09/07/12 | K | C | |
| 551. Trust # 2 -- Money Market Funds (IRA) | A | Dividend | J | T | | | | | |
| 552. -Dan Charitable Temp Invest 12/31/2049 | | | | | Closed | | | | |
| 553. --Schwab Govt Money Fund | | | | | Open | 01/01/12 | J | | |
| 554. Trust # 2 -- Bonds/Bills/Notes (IRA) | D | Interest | O | T | | | | | |
| 555. -Bill, US Treas Bill 4.5%, 4/26/12 | | | | | Matured | 04/26/12 | O | | |
| 556. -Note, US Treas Note 1.375%, 11/15/12 | | | | | Buy | 04/26/12 | O | | |
| 557. | | | | | Matured | 11/15/12 | O | | |
| 558. -Note, US Treas Note 1.375%, 05/15/13 | | | | | Buy | 11/19/12 | O | | |
| 559. Trust # 3 -- Common Stock | E | Dividend | P1 | T | | | | | |
| 560. -Cmn Stk, Exxon Mobil | | | | | | | | | |
| 561. -Cmn Stk, Pepsico | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Stahl, Norman H.

Date of Report

9/4/2013

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.  -Cmn Stk, Kellogg Co | | | | | Buy (add'l) | 01/20/12 | J | | |
| 563. | | | | | Buy (add'l) | 02/16/12 | J | | |
| 564. | | | | | Buy (add'l) | 02/22/12 | J | | |
| 565. | | | | | Sold (part) | 04/27/12 | J | | |
| 566. | | | | | Sold (part) | 04/30/12 | J | B | |
| 567. | | | | | Sold (part) | 05/01/12 | J | B | |
| 568. | | | | | Buy (add'l) | 09/07/12 | J | | |
| 569. | | | | | Buy (add'l) | 09/10/12 | J | | |
| 570. | | | | | Buy (add'l) | 09/13/12 | J | | |
| 571. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 572.  -Cmn Stk, Adobe Systems Inc | | | | | Sold (part) | 01/24/12 | J | | |
| 573. | | | | | Sold (part) | 01/30/12 | J | A | |
| 574. | | | | | Sold (part) | 02/09/12 | J | A | |
| 575. | | | | | Sold (part) | 02/13/12 | J | A | |
| 576. | | | | | Sold (part) | 02/14/12 | J | A | |
| 577. | | | | | Sold (part) | 02/15/12 | J | A | |
| 578.  -Cmn Stk, Coca Cola Company | | | | | Buy (add'l) | 01/11/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Name of Person Reporting: Stahl, Norman H.

Date of Report: 9/4/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 02/09/12 | J | | |
| 580. | | | | | Sold (part) | 07/11/12 | J | A | |
| 581. | | | | | Sold (part) | 07/30/12 | J | C | |
| 582. | | | | | Sold | 08/06/12 | J | B | |
| 583. -Cmm Stk, Diageo PLC | | | | | Sold (part) | 03/07/12 | J | B | |
| 584. | | | | | Sold (part) | 03/14/12 | J | B | |
| 585. | | | | | Sold (part) | 12/07/12 | J | C | |
| 586. -Cmm Stk, Ebay Inc | | | | | Sold (part) | 02/24/12 | J | A | |
| 587. | | | | | Sold (part) | 03/26/12 | J | A | |
| 588. | | | | | Sold (part) | 04/19/12 | J | A | |
| 589. | | | | | Sold (part) | 06/22/12 | J | A | |
| 590. | | | | | Sold (part) | 06/20/12 | J | B | |
| 591. | | | | | Sold (part) | 07/30/12 | J | B | |
| 592. -Cmm Stk, Google Inc | | | | | Buy (add'l) | 1/20/12 | J | | |
| 593. | | | | | Sold (part) | 03/22/12 | J | A | |
| 594. | | | | | Sold (part) | 03/23/12 | J | A | |
| 595. | | | | | Buy (add'l) | 04/20/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 597. | | | | | Buy (add'l) | 06/12/12 | J | | |
| 598. | | | | | Sold (part) | 09/19/12 | J | B | |
| 599. | | | | | Sold (part) | 09/24/12 | J | B | |
| 600. | | | | | Sold (part) | 09/25/12 | J | B | |
| 601. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 602. -Cmn Stk, Hasbro Inc | | | | | Sold (part) | 01/05/12 | J | | |
| 603. | | | | | Sold (part) | 01/10/12 | J | A | |
| 604. | | | | | Sold (part) | 02/10/12 | J | A | |
| 605. | | | | | Sold (part) | 04/04/12 | J | | |
| 606. | | | | | Sold | 04/26/12 | J | A | |
| 607. -Cmn Stk, McDonalds Corp | | | | | Buy (add'l) | 02/15/12 | J | | |
| 608. | | | | | Buy (add'l) | 03/22/12 | J | | |
| 609. | | | | | Buy (add'l) | 05/14/12 | J | | |
| 610. | | | | | Buy (add'l) | 05/30/12 | J | | |
| 611. | | | | | Sold (part) | 08/08/12 | J | A | |
| 612. | | | | | Buy (add'l) | 12/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613.  -Cmn Stk, Nestle | | | | | | | | | |
| 614.  -Cmn Stk, Scripps NTWK | | | | | Buy (add'l) | 02/02/12 | J | | |
| 615. | | | | | Sold (part) | 03/26/12 | J | A | |
| 616. | | | | | Sold (part) | 05/04/12 | J | B | |
| 617. | | | | | Sold (part) | 06/14/12 | J | C | |
| 618.  -Cmn Stk, Time Warner Inc | | | | | Sold (part) | 01/12/12 | J | A | |
| 619. | | | | | Buy (add'l) | 02/21/12 | J | | |
| 620. | | | | | Buy (add'l) | 03/14/12 | J | | |
| 621. | | | | | Buy (add'l) | 05/07/12 | J | | |
| 622. | | | | | Sold (part) | 06/27/12 | J | A | |
| 623. | | | | | Buy (add'l) | 11/05/12 | J | | |
| 624.  -Cmn Stk, Unilever | | | | | Buy (add'l) | 01/12/12 | J | | |
| 625. | | | | | Sold (part) | 06/01/12 | J | A | |
| 626. | | | | | Sold (part) | 10/12/12 | J | A | |
| 627. | | | | | Sold | 10/16/12 | K | D | |
| 628.  -Cmn Stk, 3M Company | | | | | Sold (part) | 01/26/12 | J | | |
| 629. | | | | | Sold (part) | 02/17/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy (add'l) | 09/24/12 | J | | |
| 631. | | | | | Buy (add'l) | 09/26/12 | J | | |
| 632. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 633.   -Cmn Stk, Anheuser-Busch InBev | | | | | Sold (part) | 02/28/12 | J | B | |
| 634. | | | | | Sold (part) | 03/01/12 | J | A | |
| 635. | | | | | Sold (part) | 03/08/12 | J | A | |
| 636. | | | | | Sold (part) | 10/02/12 | J | B | |
| 637.   -Cmn Stk, Walt Disney Co | | | | | Sold (part) | 06/26/12 | J | B | |
| 638. | | | | | Sold (part) | 07/17/12 | J | B | |
| 639. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 640.   -Cmn Stk, Target Corporation | | | | | Sold (part) | 08/15/12 | J | A | |
| 641. | | | | | Buy (add'l) | 12/05/12 | J | | |
| 642.   -Cmn Stk, Western Union Company | | | | | Sold (part) | 01/13/12 | J | | |
| 643. | | | | | Sold (part) | 02/13/12 | J | | |
| 644. | | | | | Sold (part) | 02/14/12 | J | | |
| 645. | | | | | Sold | 02/15/12 | J | A | |
| 646.   -Cmn Stk, Int Flavors & Frangrances Inc. | | | | | Sold (part) | 01/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold | 01/20/12 | J | A | |
| 648.  -Cmn Stk, Microsoft Corp | | | | | Sold (part) | 01/11/12 | J | A | |
| 649. | | | | | Sold (part) | 01/12/12 | J | A | |
| 650. | | | | | Sold (part) | 01/30/12 | J | A | |
| 651. | | | | | Buy (add'l) | 04/05/12 | J | | |
| 652. | | | | | Buy (add'l) | 05/04/12 | J | | |
| 653. | | | | | Buy (add'l) | 05/16/12 | J | | |
| 654. | | | | | Buy (add'l) | 08/02/12 | J | | |
| 655. | | | | | Buy (add'l) | 08/14/12 | J | | |
| 656. | | | | | Buy (add'l) | 09/05/12 | J | | |
| 657. | | | | | Buy (add'l) | 10/16/12 | J | | |
| 658. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 659. | | | | | Sold (part) | 12/04/12 | J | | |
| 660. | | | | | Sold (part) | 12/05/12 | J | | |
| 661. | | | | | Sold (part) | 12/26/12 | J | | |
| 662.  -Cmn Stk, Discovery Communications Inc. | | | | | Buy (add'l) | 01/05/12 | J | | |
| 663. | | | | | Sold (part) | 04/16/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Sold (part) | 05/07/12 | J | B | |
| 665. | | | | | Sold | 09/13/12 | J | C | |
| 666.  -Cmn Stk, Staples Inc. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 667. | | | | | Buy (add'l) | 02/14/12 | J | | |
| 668. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 669. | | | | | Sold (part) | 05/14/12 | J | A | |
| 670. | | | | | Sold | 05/22/12 | J | | |
| 671.  -Cmn Stk, Williams Sonoma | | | | | Buy (add'l) | 01/12/12 | J | | |
| 672. | | | | | Buy (add'l) | 01/17/12 | J | | |
| 673. | | | | | Buy (add'l) | 06/21/12 | J | | |
| 674. | | | | | Buy (add'l) | 08/15/12 | J | | |
| 675. | | | | | Sold (part) | 11/08/12 | J | B | |
| 676. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 677. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 678.  -Cmn Stk, Danone | | | | | Buy (add'l) | 01/13/12 | J | | |
| 679. | | | | | Buy (add'l) | 01/18/12 | J | | |
| 680. | | | | | Sold (part) | 04/19/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Buy (add'l) | 07/25/12 | J | | |
| 682. | | | | | Buy (add'l) | 08/29/12 | J | | |
| 683. | | | | | Buy (add'l) | 09/24/12 | J | | |
| 684. | | | | | Sold (part) | 10/22/12 | J | | |
| 685. | | | | | Sold (part) | 10/24/12 | J | | |
| 686. | | | | | Sold (part) | 10/26/12 | J | | |
| 687. | | | | | Sold (part) | 10/31/12 | J | A | |
| 688. | | | | | Sold | 11/01/12 | J | A | |
| 689. --Cmn Stk, Cheesecake Factory | | | | | Buy (add'l) | 02/22/12 | J | | |
| 690. | | | | | Buy (add'l) | 03/23/12 | J | | |
| 691. | | | | | Buy (add'l) | 03/28/12 | J | | |
| 692. | | | | | Sold (part) | 05/16/12 | J | A | |
| 693. | | | | | Sold (part) | 07/16/12 | J | A | |
| 694. | | | | | Buy (add'l) | 10/24/12 | J | | |
| 695. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 696. -Cmn Stk, The Charles Schwab Corp | | | | | Buy (add'l) | 01/26/12 | J | | |
| 697. | | | | | Buy (add'l) | 02/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Buy (add'l) | 02/15/12 | J | | |
| 699. | | | | | Sold (part) | 03/19/12 | J | A | |
| 700. | | | | | Sold (part) | 03/20/12 | J | A | |
| 701. | | | | | Buy (add'l) | 05/01/12 | J | | |
| 702. | | | | | Buy (add'l) | 05/04/12 | J | | |
| 703. | | | | | Sold (part) | 06/22/12 | J | | |
| 704. | | | | | Sold (part) | 07/17/12 | J | A | |
| 705. | | | | | Sold (part) | 09/07/12 | J | A | |
| 706. | | | | | Sold (part) | 09/10/12 | J | A | |
| 707. | | | | | Sold | 09/12/12 | J | B | |
| 708. -Cmn Stk, Blackrock Inc. | | | | | Buy | 04/26/12 | J | | |
| 709. | | | | | Buy (add'l) | 04/27/12 | J | | |
| 710. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 711. | | | | | Buy (add'l) | 05/01/12 | J | | |
| 712. | | | | | Buy (add'l) | 05/11/12 | J | | |
| 713. | | | | | Buy (add'l) | 05/18/12 | J | | |
| 714. | | | | | Buy (add'l) | 05/21/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Buy (add'l) | 05/22/12 | J | | |
| 716. | | | | | Buy (add'l) | 06/12/12 | J | | |
| 717. | | | | | Buy (add'l) | 08/14/12 | J | | |
| 718. | | | | | Buy (add'l) | 08/30/12 | J | | |
| 719. | | | | | Buy (add'l) | 09/20/12 | J | | |
| 720. | | | | | Buy (add'l) | 09/24/12 | J | | |
| 721. | | | | | Sold (part) | 10/24/12 | J | | |
| 722. | | | | | Sold (part) | 10/25/12 | J | | |
| 723. | | | | | Sold (part) | 12/14/12 | J | A | |
| 724. | | | | | Sold (part) | 12/20/12 | J | A | |
| 725. -Cmm Stk, Coach, Inc. | | | | | Buy | 10/19/12 | J | | |
| 726. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 727. | | | | | Buy (add'l) | 10/25/12 | J | | |
| 728. | | | | | Buy (add'l) | 10/26/12 | J | | |
| 729. | | | | | Buy (add'l) | 11/15/12 | J | | |
| 730. -Cmm Stk, Dunk Brands Gruop Inc. | | | | | Buy | 10/02/12 | J | | |
| 731. | | | | | Buy (add'l) | 10/24/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Buy (add'l) | 10/26/12 | J | | |
| 733. -Cmn Stk, Dr. Pepper Snapple Group | | | | | Buy | 02/01/12 | J | | |
| 734. | | | | | Buy (add'l) | 02/22/12 | J | | |
| 735. | | | | | Buy (add'l) | 02/23/12 | J | | |
| 736. | | | | | Buy (add'l) | 02/28/12 | J | | |
| 737. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 738. | | | | | Buy (add'l) | 03/26/12 | J | | |
| 739. | | | | | Sold (part) | 05/17/12 | J | A | |
| 740. | | | | | Sold (part) | 06/12/12 | J | A | |
| 741. | | | | | Buy (add'l) | 09/17/12 | J | | |
| 742. -Cmn Stk, Dominos Pizza Inc. | | | | | Buy | 02/15/12 | J | | |
| 743. | | | | | Buy (add'l) | 04/19/12 | J | | |
| 744. | | | | | Buy (add'l) | 05/01/12 | J | | |
| 745. | | | | | Buy (add'l) | 05/14/12 | J | | |
| 746. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 747. | | | | | Buy (add'l) | 06/12/12 | J | | |
| 748. | | | | | Buy (add'l) | 08/14/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Sold (part) | 11/15/12 | J | A | |
| 750.  -Cmn Stk, Kohls Corp. | | | | | Buy | 01/30/12 | J | | |
| 751. | | | | | Buy (add'l) | 02/15/12 | J | | |
| 752. | | | | | Buy (add'l) | 02/27/12 | J | | |
| 753. | | | | | Buy (add'l) | 03/19/12 | J | | |
| 754. | | | | | Buy (add'l) | 03/28/12 | J | | |
| 755. | | | | | Sold (part) | 05/11/12 | K | A | |
| 756. | | | | | Sold (part) | 05/18/12 | J | | |
| 757. | | | | | Sold (part) | 05/21/12 | J | A | |
| 758. | | | | | Sold | 05/22/12 | J | A | |
| 759.  -Cmn Stk, Lowes Companies Inc. | | | | | Buy | 08/06/12 | J | | |
| 760. | | | | | Buy (add'l) | 08/08/12 | J | | |
| 761. | | | | | Buy (add'l) | 08/20/12 | J | | |
| 762.  -Cmn Stk, Macys Inc. | | | | | Buy | 05/11/12 | J | | |
| 763. | | | | | Buy (add'l) | 05/14/12 | J | | |
| 764. | | | | | Buy (add'l) | 05/17/12 | J | | |
| 765. | | | | | Buy (add'l) | 06/22/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Buy (add'l) | 06/27/12 | J | | |
| 767. | | | | | Sold (part) | 08/24/12 | J | A | |
| 768. | | | | | Buy (add'l) | 09/24/12 | J | | |
| 769. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 770. -Cmn Stk, McGraw-Hill Cos | | | | | Buy | 06/22/12 | J | | |
| 771. | | | | | Buy (add'l) | 06/26/12 | J | | |
| 772. | | | | | Buy (add'l) | 08/02/12 | J | | |
| 773. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 774. -Cmn Stk, Nike Inc Class B | | | | | Buy | 10/31/12 | J | | |
| 775. -Cmn Stk, Nielsen Holdings B V | | | | | Buy | 05/30/12 | J | | |
| 776. | | | | | Buy (add'l) | 06/01/12 | J | | |
| 777. | | | | | Buy (add'l) | 06/26/12 | J | | |
| 778. | | | | | Buy (add'l) | 07/17/12 | J | | |
| 779. | | | | | Buy (add'l) | 07/18/12 | J | | |
| 780. | | | | | Buy (add'l) | 08/07/12 | J | | |
| 781. | | | | | Buy (add'l) | 08/21/12 | J | | |
| 782. | | | | | Buy (add'l) | 08/29/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783.  -Cmm Stk, Open Table Inc. | | | | | Buy | 02/13/12 | J | | |
| 784. | | | | | Buy (add'l) | 02/21/12 | J | | |
| 785. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 786. | | | | | Buy (add'l) | 03/29/12 | J | | |
| 787. | | | | | Sold (part) | 06/12/12 | J | A | |
| 788. | | | | | Sold | 09/07/12 | J | B | |
| 789.  Trust # 3 -- Bonds/Bills/Notes | C | Interest | J | T | | | | | |
| 790.  -Bill, U.S. Treasury Bill 4.5%, 4/26/12 | | | | | Matured | 04/26/12 | N | | |
| 791.  -Note, U.S. Treas Note, 1.375%, 11/15/12 | | | | | Buy | 04/26/12 | N | | |
| 792. | | | | | Matured | 11/15/12 | N | | |
| 793.  -Bill, US Treas Bill 0%, 5/23/13 | | | | | Buy | 11/21/12 | N | | |
| 794.  Trust # 3 -- Money Market Funds | A | Dividend | K | T | | | | | |
| 795.  - MM Acct. Dan Charitable Temp, 12/31/2049 | | | | | Closed | | | | |
| 796.  -MM Acct, Schwab Govt Money Fund | | | | | Open | 01/01/12 | K | | |
| 797.  Trust # 4 - Bonds | E | Interest | N | T | | | | | |
| 798.  -Wenham MA Bond 4.95%, 6/1/17 | | | | | | | | | |
| 799.  -Las Vegas NV GO 5% 4/1/15 Bond | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. -Lowell MA GO 5% 12/15/15 Bond | | | | | | | | | |
| 801. -Massachusetts St Sch Bldg Auth Bond, 5%, 8/15/14 | | | | | | | | | |
| 802. -Jefferson Cnty Al Ltd Oblig Bond, 5.25%, 1/1/16 | | | | | Redeemed | 04/05/12 | J | | |
| 803. -Massachusetts St Dev Fin Bond, 5%, 9/1/19 | | | | | | | | | |
| 804. -Town of Braintree MA 5%, 05/15/19 | | | | | | | | | |
| 805. -Houston Tex ARPT Sys Rev 5%, 07/01/21 | | | | | | | | | |
| 806. -Massachusetts St Wtr 5 %, 08/01/21 | | | | | | | | | |
| 807. -Norwood Mass Mun 5%, 08/15/2013 | | | | | | | | | |
| 808. -Broward Cnty Fla 5%, 10/01/2017 | | | | | | | | | |
| 809. -Pittsfield Mass Rfdg St 5%, 03/01/2020 | | | | | | | | | |
| 810. -Massachusetts St Cons Loan 4% 8/1/13 | | | | | Redeemed | 10/18/12 | K | A | |
| 811. -Massachusetts Bay Transn Auth 5% 7/1/22 | | | | | | | | | |
| 812. - Tarrant Regl WWtr Dist Tex Wtr 5% 9/01/2014 | | | | | Buy | 02/09/12 | K | | |
| 813. - Tyler TX Indep Sch Dist 5% 2/15/2022 | | | | | Buy | 04/11/12 | K | | |
| 814. - Nebraska St Public Powr Dist 5% 10/17/2025 | | | | | Buy | 10/17/12 | K | | |
| 815. Trust # 5 -IRA | C | Dividend | L | T | | | | | |
| 816. -Shrs, Europacific Growth Fund | | | | | Closed | 2/15/12 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

| | Stahl, Norman H. | 9/4/2013 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817.  -Shrs, Washington Mutual Investors Fund | | | | | Closed | 2/15/12 | L | | |
| 818.  -Shrs, ALPS ETF TR | | | | | Buy | 02/24/12 | J | | |
| 819. | | | | | Buy (add'l) | 05/30/12 | J | | |
| 820. | | | | | Sold (part) | 11/27/12 | J | | |
| 821.  -Shrs, Altria Group Inc. | | | | | Buy | 02/24/12 | J | | |
| 822. | | | | | Sold (part) | 05/30/12 | J | A | |
| 823.  -Shrs, Annaly Capital Management Inc. | | | | | Buy | 02/24/12 | J | | |
| 824. | | | | | Sold (part) | 05/30/12 | J | A | |
| 825.  -Cmm Stk, AT&T Inc. | | | | | Buy | 02/24/12 | J | | |
| 826. | | | | | Sold (part) | 05/30/12 | J | A | |
| 827. | | | | | Sold | 12/21/12 | J | A | |
| 828.  -Cmm Stk, Bank of Montreal | | | | | Buy | 02/24/12 | J | | |
| 829. | | | | | Buy (add'l) | 05/30/12 | J | | |
| 830. | | | | | Sold | 12/21/12 | J | A | |
| 831.  -Cmm Stk, BCE Inc NEW | | | | | Buy | 02/24/12 | J | | |
| 832. | | | | | Sold | 12/21/12 | J | A | |
| 833.  -Cmm Stk, Bristol Myers Squib Co | | | | | Buy | 02/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

Stahl, Norman H.

9/4/2013

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Sold (part) | 05/30/12 | J | A | |
| 835. - Cmn Stk, CBL & Associates Properties | | | | | Buy | 02/24/12 | J | | |
| 836. | | | | | Sold (part) | 05/30/12 | J | A | |
| 837. | | | | | Sold | 12/03/12 | J | A | |
| 838. -Cmn Stk, CenturyLink Inc. | | | | | Buy | 12/21/12 | J | | |
| 839. -Cmn Stk, Diamond Offshore Drilling Inc | | | | | Buy | 02/24/12 | J | | |
| 840. | | | | | Buy (add'l) | 05/30/12 | J | | |
| 841. | | | | | Sold | 12/21/12 | J | A | |
| 842. --Cmn Stk, Digital Realty Trust Inc. | | | | | Buy | 02/24/12 | J | | |
| 843. | | | | | Sold | 05/30/12 | J | | |
| 844. -Cmn Stk, Dominion Resources Inc. | | | | | Buy | 02/24/12 | J | | |
| 845. | | | | | Sold (part) | 05/30/12 | J | A | |
| 846. -Cmn Stk, Eli Lilly & Co | | | | | Buy | 02/24/12 | J | | |
| 847. | | | | | Sold (part) | 05/30/12 | J | A | |
| 848. | | | | | Sold (part) | 12/21/12 | J | A | |
| 849. --Cmn Stk, Firstenergy Corp. | | | | | Buy | 02/24/12 | J | | |
| 850. | | | | | Sold (part) | 05/30/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Stahl, Norman H.

9/4/2013

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851.  -Cmn Stk, Health Care Reit Inc. | | | | | Buy | 12/21/12 | J | | |
| 852.  -Cmn Stk, HJ Heinz | | | | | Buy | 02/24/12 | J | | |
| 853. | | | | | Sold (part) | 12/21/12 | J | A | |
| 854.  -Cmn Stk, Lorillard, Inc. | | | | | Buy | 12/21/12 | J | | |
| 855.  -Cmn Stk, Lockheed Martin Corp. | | | | | Buy | 12/21/12 | J | | |
| 856.  -Cmn Stk, Merck & Co Inc. | | | | | Buy | 02/24/12 | J | | |
| 857. | | | | | Buy (add'l) | 05/30/12 | J | | |
| 858. | | | | | Sold (part) | 12/03/12 | J | A | |
| 859.  -Cmn Stk, Microchip Technology Inc. | | | | | Buy | 05/30/12 | J | | |
| 860. | | | | | Buy (add'l) | 05/30/12 | J | | |
| 861. | | | | | Sold (part) | 12/21/12 | J | A | |
| 862.  -Cmn Stk, National Retail Properties Inc. | | | | | Buy | 02/24/12 | J | | |
| 863. | | | | | Sold (part) | 12/03/12 | J | A | |
| 864. | | | | | Sold | 12/21/12 | J | A | |
| 865.  -Cmn Stk, Royal Dutch Shell PLC | | | | | Buy | 02/24/12 | J | | |
| 866. | | | | | Buy (add'l) | 05/30/12 | J | | |
| 867.  Trust # 5, Money Market | None | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Stahl, Norman H.

9/4/2013

Stahl, Norman H.                                              9/4/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 868. -Federated Money Markt Oblig Tr Automated Govt Money Tr | | | | | Open | 02/01/12 | J | | |
| 869. Trust # 6 -IRA | | None | | | Closed | | | | |
| 870. Ckg Acct,    Savings | A | Interest | J | T | | | | | |
| 871. MM Acct, Citizens Bank | A | Interest | K | T | | | | | |
| 872. Ckg Acct, Citzens Bank | | None | J | T | Open | 01/02/12 | J | | |
| 873. | | | | | | | | | |
| 874. | | | | | | | | | |
| 875. | | | | | | | | | |
| 876. | | | | | | | | | |
| 877. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Please note that in my 2011 report, I listed on line 77 MM Acct, HS Mgmt Partners, EB Temp Inv 12/31/49. These funds were transferred to Schwab Govt Money Fund, line 105. (Transactions noted on lines 104-106.)

Please note that in my 2011 report, I listed on line 448 Dan Charitable Temp Invest 12/31/2049. These funds were transferred to Schwab Govt Money Fund, line 553. (Transactions noted on lines 551-553.)

Please note that in my 2011 report, I listed on line 610 Dan Charitable Temp Invest 12/31/2049. These funds were transferred to Schwab Govt Money Fund, line 796. (Transactions noted on lines 794-796.)

Please note that in my 2011 report, I listed on line 631, Trust # 6 - IRA. (Now it is line 869 of my 2012 report.) Those funds were transferred to Trust 2. There were no transactions or income in Trust #6 during 2012.

Please note that Federated Money Mart Oblig Tr Automated Govt Money Tr, is the correct name of the money market account reported in Part VII, page 55, line 868.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Norman H. Stahl**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544